# United States District Court
## Southern District of Georgia



2007 MAR 21  A 11: 03

| | |
|---|---|
| **ANDREW MYERS ESTATE** | Case No. CV207-24 |
| Plaintiff | |
| v. | Appearing on behalf of |
| **STEVENS** | Plaintiff |
| Defendant | (Plaintiff/Defendant) |

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 21st day of March, 2007.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

**NAME OF PETITIONER:** P. Andrew Patterson

**Business Address:** Thomas, Kennedy, Sampson & Patterson
Firm/Business Name

3355 Main Street
Street Address

College Park,              Georgia      30337
Street Address (con't)   City   State   Zip

Mailing Address (if other than street address)

(404) 688-4503              566600
Address Line 2           City, State, Zip

Telephone Number (w/ area code)   Georgia Bar Number